# MARSHALL CONWAY BRADLEY & GOLLUB

### A PROFESSIONAL CORPORATION
### 45 BROADWAY – SUITE 740
### NEW YORK, NEW YORK 10006
TELEPHONE:                    (212)                    619-4444

TELECOPIER:(212) 962-2647

email: mmercado-guevara@mcwpc.com

| | | | |
|---|---|---|---|
| JEFFREY A. MARSHALL ** | STEPHEN P. BONA | MARIEL MERCADO-GUEVARA* | **NEW JERSEY OFFICE** |
| ROBERT J. CONWAY ** | LIZA A. CHAFIIAN | STACEY H. SNYDER* | 2500 Plaza 5 |
| CHRISTOPHER T. BRADLEY | NICOLE A. DYER | ALEXANDER M. TAIT | Harborside Financial Center |
| MICHAEL S. GOLLUBᐞ | MARIA T. EHRLICH | ANDREW S. TAYLOR | Jersey City, NJ. 07311 |
| DEBBIE-ANN MORLEY | MELISSA L. FREEDMAN | JOSHUA N. ZANZE | Telephone: (201) 521-3170 |
| | | | Telecopier: (201) 521-3180 |

OF COUNSEL
ANTHONY D. GRANDE*
MUFADDAL MITHAIWALA*
STEVEN M. ZIOLKOWSKI *
DYLAN J. MURPHY

ᐞADMITTED IN CT
*ADMITTED IN NY & NJ
** RETIRED

April 28, 2026

***Via PACER eCourt Filing***
The Honorable Margaret M. Garnett
USDC, SDNY
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2102
New York, NY 10007

RE:        *Philadelphia Indemnity Insurance Company v. Narragansett Housing Development Fund Corporation* Case No.: 1-26-cv-01876

Dear Judge Margaret M. Garnett:

We represent Plaintiff Philadelphia Indemnity Insurance Company in the above-entitled action. Defendant reached out to us seeking an adjournment of the initial pretrial conference scheduled for Wednesday, May 6, 2026 at 9:30 a.m. We consent to this request.

An inquest in the Underlying Action, Index No. 158164/2019 is scheduled to begin April 30, 2026. The parties believe that developments related to this inquest may impact this instant case. In addition, Defendant has not yet joined issue. Their time to Answer, Move, or otherwise respond to Plaintiff's Complaint is now due May 15, 2026 pursuant to Stipulation.

As such, we request that the initial pretrial conference be rescheduled for a date in June, at Your Honor's convenience.

2 | Marshall Conway Bradley & Gollub, P.C.
April 28, 2026

Thank you for your consideration and attention to this matter.

Respectfully submitted,

*/s/Stephen P. Bona*
Stephen P. Bona, Esq. (SB9139)

GRANTED.  The conference previously scheduled for May 6, 2026 at 9:30 a.m. is ADJOURNED until **Wednesday, June 24, 2026, at 9:30 a.m.**

SO ORDERED.  Dated April 29, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE